B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–02838
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Alicia M Garcia
   fka Alicia M Sabella
   1811 Glacier Ridge Drive
   Plainfield, IL 60586

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6428

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                           FOR THE COURT

Dated: <u>April 28, 2014</u>                           <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-02838-BWB
Alicia M Garcia                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1              Date Rcvd: Apr 28, 2014
                              Form ID: b18             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2014.
```
db          +Alicia M Garcia,    1811 Glacier Ridge Drive,    Plainfield, IL 60586-2842
21470894    +Gonzalo M Garcia,    14631 S Mallard Lane,    Homer Glen, IL 60491-9272
21470895    +Great Lakes Higher Education,    PO Box 7860,    Madison, WI 53707-7860
21470896    +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
21470900    +Wells Fargo Home Mortgage,    c/o Freedman Anselmo Lindberg,    1771 W Diehl Road,
              Naperville, IL 60563-1828
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QJTAKADA.COM Apr 29 2014 00:53:00      Joji Takada,    Takada Law Office, LLC,
              6336 North Cicero Avenue,    Suite 201,    Chicago, IL 60646-4448
21470889    +EDI: ARSN.COM Apr 29 2014 00:53:00      ARS National Services Inc,    PO Box 469046,
              Escondido, CA 92046-9046
21470890    +EDI: BANKAMER.COM Apr 29 2014 00:53:00      Bank of America,    9000 Southside Blvd Bldg 600,
              Jacksonville, FL 32256-0789
21470891     EDI: CHASE.COM Apr 29 2014 00:53:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21470892    +EDI: CITICORP.COM Apr 29 2014 00:53:00      Citi Cards,    Box 6500,    Sioux Falls, SD 57117-6500
21470893    +EDI: SEARS.COM Apr 29 2014 00:53:00      Citibank/Seaers,    PO Box 6282,
              Sioux Falls, SD 57117-6282
21470897    +EDI: SALMAESERVICING.COM Apr 29 2014 00:53:00      Sallie Mae,    PO Box 9500,
              Wilkes Barre, PA 18773-9500
21470898     EDI: SEARS.COM Apr 29 2014 00:53:00      Sears Credit Cards,    PO Box 6282,
              Sioux Falls, SD 57117-6282
21470899    +EDI: TFSR.COM Apr 29 2014 00:53:00      Toyota Motor Credit,    1111 W 22nd St Suite 420,
              Oak Brook, IL 60523-1959
                                                                                              TOTAL: 9
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2014 at the address(es) listed below:
```
              Alonzo H Zahour    on behalf of Debtor Alicia M Garcia ahzlawyer@aol.com
              Joji  Takada     trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Nisha B Parikh    on behalf of Creditor   Wells Fargo Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 4
```